# Third District Court of Appeal

## State of Florida

Opinion filed May 29, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-852
Lower Tribunal No. 21-16604

_____

**Maria R. Bacallao,**
Appellant,

vs.

**Ruiz Janitorial Services & Maintenance Corp., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko, Judge.

Law Group of South Florida, LLC, and Andy Loynaz, for appellant.

Cole, Scott & Kissane, P.A., and Therese A. Savona and Rook Elizabeth Ringer (Orlando), for appellee Palms Association of Alton Road, Inc.

Before LOGUE, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>McCarty v. Dade Div. of Am. Hosp. Supply</u>, 360 So. 2d 436, 438 (Fla. 3d DCA 1978) (hospital not liable where janitor slipped and fell on a greasy substance in a hallway that the hospital had employed her to clean); <u>Parrish v. Matthews</u>, 548 So. 2d 725, 725 (Fla. 3d DCA 1989) (defendants not liable where plaintiff was hired to perform domestic services at defendants' home and slipped on a piece of wrapping paper that was left on the stairs).